UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERNON CHAPPELL : | |
| Plaintiff, : | |
| v. : | |
| TYCO INTERNATIONAL, LTD. : | Case No.: JFM-02-CV-3400 |
| a/k/a TYCO INTERNATIONAL INC. : | |
| and : | |
| ADT SECURITY SERVICES, INC. : | |
| Defendants. : | |

## STIPULATION EXTENDING TIME

Plaintiff, Vernon Chappell, and Defendants, Tyco International, Ltd., a/k/a Tyco International, Inc. ("Tyco") and ADT Security Services, Inc. ("ADT"), by their undersigned attorneys, have mutually agreed to extend the deadline for Defendants to file an answer to Plaintiff's Complaint to Friday, November 1, 2002.

102461.00204/50215909v1

Respectfully submitted,

| SNIDER & FISCHER, LLP | BLANK ROME COMISKY & MCCAULEY LLP |
|---|---|
| *[signature]* | *[signature]* |
| Morris E. Fischer, Esq. | Brooke T. Iley, Esq. |
| 100 Church Lane | U.S.D.C. Md. Bar No. 023136 |
| Baltimore, Maryland 21208 | Blank Rome Comisky & McCauley, LLP |
| 410.808.9445 phone | 250 West Pratt Street, Suite 1100 |
| 410.653.1546 facsimile | Baltimore, MD 21201 |
| | 410.659.3950 Telephone |
| | 410.986.2702 Direct Facsimile |
| | |
| Attorneys for Plaintiff, | Attorney for Defendants, |
| Vernon Chappell | Tyco International, Ltd., a/k/a Tyco International, Inc. and ADT Security Services, Inc. |

Dated: October __, 2002