UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERNON CHAPPELL, : | |
| Plaintiff, : | |
| v. : | |
| TYCO INTERNATIONAL, LTD. | Case No.: JFM-02-CV-3400 |
| a/k/a TYCO INTERNATIONAL INC. : | |
| and : | |
| ADT SECURITY SERVICES, INC. : | |
| Defendants. : | |
| : | |

## NOTICE AND STIPULATION OF DISMISSAL

Plaintiff, Vernon Chappell, and Defendants, Tyco International, Ltd., a/k/a Tyco International, Inc. ("Tyco") and ADT Security Services, Inc. ("ADT"), by their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41 and local rules, have mutually agreed to dismiss the Defendant, Tyco International, Ltd. a/k/a Tyko International, Inc. ("Tyco"), without prejudice. The parties further agree that Plaintiff may rejoin Tyco, without objection, and pursuant to the provisions of the scheduling order dated October 24, 2002, if Plaintiff has a reasonable good faith basis to believe that Tyco is a proper party to this lawsuit.

102461 00204/50215903v1

Respectfully submitted,

| SNIDER & FISCHER, LLP | BLANK ROME COMISKY & MCCAULEY LLP |
|---|---|

_/s/ Morris Fischer/by Brooke Iley_

Morris E. Fischer, Esq.
100 Church Lane
Baltimore, Maryland 21208
410.808.9445 phone
410.653.1546 facsimile

_/s/ Brooke Iley_

Brooke T. Iley, Esq.
U.S.D.C. Md. Bar No. 023136
Blank Rome Comisky & McCauley, LLP
250 West Pratt Street, Suite 1100
Baltimore, MD 21201
410.659.3950 Telephone
410.986.2702 Direct Facsimile

Attorneys for Plaintiff,
Vernon Chappell

Attorney for Defendants,
Tyco International, Ltd., a/k/a Tyco International, Inc. and ADT Security Services, Inc.

Dated: October 22, 2002

Respectfully submitted,

SNIDER & FISCHER, LLP                           BLANK ROME COMISKY & MCCAULEY LLP

_____                       _____
Morris E. Fischer, Esq.                         Brooke T. Iley, Esq.
100 Church Lane                                 U.S.D.C. Md. Bar No. 023136
Baltimore, Maryland 21208                       Blank Rome Comisky & McCauley, LLP
410.808.9445 phone                              250 West Pratt Street, Suite 1100
410.653.1546 facsimile                          Baltimore, MD 21201
                                                410.659.3950 Telephone
                                                410.986.2702 Direct Facsimile

Attorneys for Plaintiff,                        Attorney for Defendants,
Vernon Chappell                                 Tyco International, Ltd., a/k/a Tyco International,
                                                Inc. and ADT Security Services, Inc.

Dated: October ___, 2002

102461.00204/50215903v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VERNON CHAPPELL | : |
| Plaintiff, | : |
| v. | : |
| TYCO INTERNATIONAL, LTD. a/k/a TYCO INTERNATIONAL INC. | Case No.: JFM-02-CV-3400 |
| and | : |
| ADT SECURITY SERVICES, INC. | : |
| Defendants. | : |

## ORDER

Upon consideration of the Notice and Stipulation of Dismissal, the Court hereby ORDERS as follows:

1.  Plaintiff hereby withdraws and dismisses all claims against Defendant, Tyco International Ltd., a/k/a Tyco International, Inc., without prejudice.

**SO ORDERED** this ___ day of _____, 2002.

_____
United States District Judge

102461.00204/50215903v1

SEND TO:

Morris E. Fischer, Esq.
Snider & Fischer, LLP
100 Church Lane
Baltimore, MD 21208
(410) 808-9445 Telephone
(410) 653-1546 Facsimile

Brooke T. Iley, Esq.
Blank Rome Comisky & McCauley LLP
250 W. Pratt Street
Suite 1100
Baltimore, MD 21201
(410)659-3950 Telephone
(410)986-2702 Facsimile

102461.00204/50215903v1