UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
DISTRICT COURT
ICT OF MARYLAND

2003 MAR   P 2: 44

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

VERNON CHAPPELL

Plaintiff,

v.

TYCO INTERNATIONAL, LTD.
a/k/a TYCO INTERNATIONAL INC.

and

ADT SECURITY SERVICES, INC.

Defendants

Case No.: JFM-02-CV-3400

## ORDER

Upon consideration of Plaintiff and Defendant's Joint Motion to Revise Scheduling Order, it is this _____ day of _____, 2003.

ORDERED, that the foregoing Motion is GRANTED, and it is further

ORDERED, that the dispositive motion deadline currently set for April 7, 2003 is continued to 30 days after court ordered mediation is concluded.

/s/
_____
Judge J. Frederick Motz

102461.00204/50228664v1

Order Mailed to:

Morris Fischer, Esq.
Snider & Fischer, LLP
100 Church Lane
Baltimore, MD 21208

Brooke T. Iley, Esq.
Blank Rome Comisky & McCauley, LLP
250 West Pratt Street, Suite 1100
Baltimore, MD 21201

102461.00204/50228664v1