UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4953** |

May 20, 2003

Morris E. Fischer, Esq.
Snider & Fischer, LLP
104 Church Lane, Suite 201
Baltimore, MD 21208

Brooke T. Iley, Esq.
Blank Rome LLP
The Farragut Bldg.
900 17th Street, N.W.
Washington, DC 20006

    Re: Vernon Chappell v. Tyco International, et al.
        Civil No. JFM-02-3400

Dear Counsel:

    This is to confirm that the settlement conference in the above case has been rescheduled to Tuesday, June 24, 2003, at 9:30 a.m.

    The parties should continue negotiations prior to the conference.

    I look forward to meeting with you on June 24th.

                             Sincerely yours,

                               /s/

                             Susan K. Gauvey
                             United States Magistrate Judge

cc: Honorable J. Frederick Motz